**FILED**

**04/11/2022**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF Indianapolis

(Full name of plaintiff(s))

JAMES J. JOHNSON

vs

(Full name of defendant(s))

DANCEe Shulze

JACK Ross

Indiana DEPartment of Correction (IDOC)

Indiana Parol Board

Case Number:

**1:22-cv-00735-TWP-DML**

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of Indiana , and is located at

1000 Naw Noys road New castle IN 47362
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant Dancee Schulze
(Name)

Complaint - 1   Part A

# COMPLAINT FORM
### (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _Indianapolis_

_____

(Full name of plaintiff(s))

JAMES J JOHNSON

_____

_____

vs

(Full name of defendant(s))

JACK ROSS

_____

_____

Case Number:

_____

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of ____Indiana____, and is located at
_____(State)_____

1000 Van Nuys rd   New castle IN 47362
_____(Address of prison or jail)_____

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant ____Jack Ross____
_____(Name)_____

Complaint - 1

# COMPLAINT FORM

### (for filers who are prisoners without lawyers)

## IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

_____

(Full name of plaintiff(s))

JAMES J JOHNSON

_____

_____

vs

(Full name of defendant(s))

INDIANA DEPARTMENT

OF CORRECTION

(IDOC)

_____

Case Number:

_____

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of  Indiana _____ , and is located at

(State)

_____

(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant  Indiana Department of Correction

(Name)

Complaint - 1

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

_____

(Full name of plaintiff(s))

JAMES J JOHNSON _____

_____

_____

vs

(Full name of defendant(s))

I NDIANA PAROL BOARD _____

_____

_____

_____

Case Number:

_____

(to be supplied by clerk of court)

## A.    PARTIES

1.    Plaintiff is a citizen of __Indiana_____, and is located at
(State)

_____
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant __Indiana Parol Board_____
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of ___Indiana___
(State, if known)

and (if a person) resides at ___Un Know___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Parol Officer for Indiana Madison IN___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights; Parol
2. What each defendant did; Har-boss
3. When they did it; 12/30/21
4. Where it happened; and Greensburs
5. Why they did it, if you know. me to disobey court order

1. Violated rishts: Parol officer Dance Schulz, and IDOC Jack Ross, Plus Indiana Parol Board

2. Parol Officer Dance: Order and threat of incarceration. November 18, 2021 Parol Officer Schulze told Johnson must go to Columbus Indiana to sign up for MS. Ackerman sex over the Phone class. UPon that time Johnson filled out twenty one (21) Pase form for sex class with one each Paper following words "Under court order from

Complaint - 2

Appeal's court 2018 not to speak or do any sex classes due to went to trial August 5, 2009 waiting new trial" New Castle Correctional Facility obeyed court order. Parol Officer Schulz forced Johnson to do somms type class (sex class) 26 weeks $40.00 each week plus phone. Due to Johnson using Trac Phone service the long distance call cost Johnson to buy more minutes.

IDOC Parol leader Jack Ross inforced poly graph test and somms (sex class) forcing Johnson to disobey court order. Orders sent to Parol officer Dance Schulz.

IDOC Schulz and Ross both employeed thru Indiana Department of corrections. For Responsible for all employees.

Indiana Parol Board March 9, 2022 Johnson seen Parol Board viedo chat in New castle Correctional facility IC 11-13-3-10 must be seen by Parol Board in sixty (60) days December 30, 2021 to

Complaint-3    Part A

2. Parol Board: (to) March 9,2022 is seventy (70) days Board "Do you know their is Pendemic going on? Denied See you March 20, 2023 = There is no rule in Indiana that has been revised since 2017 none on covid. The state of Indiana lowered covid reopen back to Low February 17, 2022. The Pendemic of covid ended So Parol Board can not use covid on avoiding IC 11-13-3-10 rules. There is no revised since 1997 For this code.

3. When they did it,
Parol Officer Dance Schulz false arrest for 10-1 sex class December 30,2021 (sex class) Appeal court order - Trial August 5, 2009 - new trial (some time 2022). Next PreLimary Hearing (see copy) January 6,2022 signed Dancie schulze 1-6-22 time 2:50PM Rule 10-1 sex class 48 hours to have Hearing. Date January 9, 2022 time 7:20PM 77 hours (19 hours Past max time) suppose to be release. Waiver of PreLimary Hearing Johnson Plea NOT GUILTY 1-6-22 witness Dancie Schulze (see copy) Proof Riple County Jail (210 N Monroe st. Versailles IN 47042) camera footage 1-6-22 2:50PM. Bottom No signature 72 hour notice waive 77 hours still 5 hours Passed this form is must release.

Complaint -3 Part B

3 when they did it,

Date February 24, 2022 (see copy) Parol Revocation Hearing March 9, 2022. Proof of 70 days. Ten (10) days Pass max days to be seen IC 11-13-3-10  60 days.

Notification of Parole Violation Hearing date 3/9/22 under lined "The Parol Board to revoke parole if you committed a felony during the parole period IC 11-13-3-10 (c) No new felony was committed by Johnson, Johnson was released June 27, 2021 arrested 10-1 sex class 12/30/21    60 day law IC 11-13-3-10  60 days or release, (see copy)

Notice/Disposition by Parole Board state form 22224 (see copy) of signed date 3-20-23 Next Parole appearance. Just because Johnson obeyed court order, IC 11-13-3-10 to be fasley arrest, to be held prisoner Past 60 day by law.

Decatur County; James Johnson is/was Greensburg INdiana in Decatur County, Johnson register once a year at Decatur County sheiff/jail. Refused to arrest Johnson do to court order went to trial August 5, 2009 waiting new trial

Riple County has viedo footage of January 6, 2022   2:50 PM January 9, 2022  7:20 PM

MS. Ackerman sex Program Person "You are subspended until January 6, 2022" called Boss of Johnsons work Mr. Friend. January 13, 2022 "Why Johnson has missed 1-6-22 and 1-13-22" Mr Friend  "12/30/21 Parol officer Schulze arrested Johnson." Ms. Ackerman "It was suposly Subspension only."

Complaint - 3 Part C



**INDIANA DEPARTMENT OF CORRECTION**
**DIVISION OF PAROLE SERVICES**

COPY

## NOTICE OF PRELIMINARY HEARING

To: Johnson, James
   DOC Number:   204136

Date Filed:

Address:   210 N. Monroe St. Versailles, IN 47042

**YOU ARE HEREBY NOTIFIED THAT A PRELIMINARY HEARING WILL BE CONDUCTED ON THE      DAY OF JANUARY, 2022 AT      PM at the Ripley Co. Jail.**

This Preliminary Hearing concerns alleged violations of the terms of the Conditional Parole Release Agreement issued to you at the time of your release.

The purpose of this Preliminary Hearing is to determine if probable cause exists to believe that you have violated the terms of your parole. At the Preliminary Hearing you are entitled to appear and speak on your own behalf, call witnesses and present evidence, confront and cross-examine witnesses brought against you, unless the person conducting the hearing finds that to allow you to do so would subject the witness to a substantial risk of harm, and to a written statement of the findings of fact and the evidence relied upon at the Preliminary Hearing. Should you desire the presence and participation of legal counsel or another representative to assist you, you will have to provide your own legal counsel or other representative at your expense.

It is alleged that you have violated your parole in the following manner:
1.   10-1 Rule# 10 Special Sex Offender Stipulation #1 : Sex Offender Treatment and/or Classes
2.   _____
3.   _____
4.   _____
5.   _____
6.   _____
7.   _____
8.   _____
9.   _____
10.  _____

If probable cause is found to exist regarding any of the alleged violations outlined above, you may be returned to the custody of the Indiana Department of Correction to await a formal Parole Revocation Hearing before the Indiana Parole Board.

District Supervisor or their Designee
Hearing Officer

Notice Served by: _____   Date: _1-6-22_   Time: _2:50pm_
            Dancie Schulze

Witnessed by: _____   Date: _1/6/22_   Time: _2:50 pm_

_____ I hereby waive my right to a 72 hour notice of Preliminary Hearing.



INDIANA DEPARTMENT OF CORRECTION
DIVISION OF PAROLE SERVICES

*COPY*

# WAIVER OF PRELIMINARY HEARING

I have read and understand the purpose of a preliminary hearing as on the Notice of Preliminary Hearing. I understand that by waiving my right to a preliminary hearing, I am giving up the right to: appear and speak on my own behalf, call witnesses and present evidence confront and cross examine witnesses brought against me, and to receive a written statement of the findings of fact and the evidence relied upon at the preliminary hearing. I am also giving up the right to have the presence and participation of counsel at the preliminary hearing.

I understand that by waiving my rights to a preliminary hearing, I am not waiving my right to a final revocation hearing held before the Indiana Parole Board, during which I specifically preserve the above rights.

I understand that by waiving my right to a preliminary hearing, I may be ordered held in custody under the supervision of the Indiana Department of Correction pending my appearance before the Indiana Parole Board for a final revocation hearing.

I understand that should I decide to plead guilty to the alleged parole violations and waive my right to a preliminary hearing; the guilty plea will be used as evidence of my guilt at the final revocation hearing held before the Indiana Parole Board.

I have read and understand the Notice of Preliminary Hearing and the Waiver of Preliminary Hearing and the rights described therein. My signature below verifies my knowledge and understanding and my voluntary waiver of these rights. I have not been threatened or coerced in any manner into signing this waiver and I understand that this waiver in no way affects my rights to a final parole revocation hearing.

1. 10-1 Rule# 10 Special Sex Offender Stipulation #1 ; Sex Offender Treatment and/or Classes
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____

_____ I plead GUILTY to the alleged parole violations (numbers _____ listed above) and waive my right to a preliminary hearing.

_____ I plead NOT GUILTY to the alleged parole violations (numbers _____ listed above) and waive my right to a preliminary hearing.

_____ I waive my right to a Preliminary Hearing of the following alleged Rule #7: Criminal Conduct Violations (number _____ listed above).

__X__ I plead NOT GUILTY to the alleged parole violations (numbers _____ / listed above) and refuse to waive my right to a Preliminary Hearing and ask that one be scheduled according to rights allowed me by law.

Date: __1-6-22__    Parolee _____
                    Johnson, James

Date: __1-6-22__    Witness: _____
                    Dancie Schulze

Date Parole Violation Warrant Served:   12-30-2021

4. Where it happend; and

Parol officer Dancie schulze December 30, 2021 at Johnson's Job. After Decatur county refused. Riple county arrested Johnson. How can a person be arrested for following court order? Went to trial August 5, 2009 so no type sex class Indiana law. Waiting on new trial can not speak on "on going case" Indiana law.

Parol Board at new castle correctional facility viedo chat. violated IC 11-13-3-10 rule "release pass 60 days rule".

5. Why they did it, if you know

G.E.O. sends a check $275.00 for bringing back parolee to Parol officer. Refuse to accept court order by Parol officer Dancie Schulze. Refuse to allow only subspension in class. The $275.00 must of sound good. Plus void 72 haur by 1-6-22 2:50pm to 1-9-22 7:20PM  77 hours rule of release

Parol Board refuse to accept court order, refuse to hear Decatur County on why refuse arrest, IC 11-13-3-10 60 day rule release refuse allow Ms. Ackerman speak even on subspension of class violate Johnson's right held captive. Force Johnson to be victim of hostage by going pass IC 1t-13-3-10 and witnesses on court order rules subspension.

Complaint - 3  Part D



**NOTICE/DISPOSITION BY PAROLE BOARD**
State Form 22224 (R4/3-04)
INDIANA DEPARTMENT OF CORRECTION

| D.O.C. Number 204136 |
|---|

*Cupy*

| NOTICE TO APPEAR | |
|---|---|
| Name of Parolee/Offender **JOHNSON, JAMES** | Date of appearance **3/9/2022** |

You are accused of violating the following rules of your parole:

**10.1**

| NOTICE TO APPEAR | |
|---|---|
| Evidence ruled upon for this decision(check appropriate box) | ☐ Preliminary Hearing Summary |

☐ New Conviction   ☑ Parole Violation Report   ☐ Admission of Violation   ☐ Other (Specify in space provided below)

Specific Evidence (if applicable)

# SEE ATTACHED DOCUMENTS

Findings of fact

# SEE ATTACHED DOCUMENTS

☐ It is the decision of this Parole Board to find you NOT GUILTY. Your current Parole Release Agreement will remain in effect and not be revoked.

| | REASON FOR REVOKING PAROLE |
|---|---|
| ☑ Based upon a preponderance of the evidence, it is the decision of the Indiana Parole Board to find you guilty of violating your parole rule and to revoke your parole. The Parole Board further directs that you shall: | 1. Guilty of violating rule(s) number: *10.1* |
| ☐ A. Be assessed the balance of your sentence. Your new commitment will be held in abeyance in accordance with I.C.35-50-1-2, until the end of your commitment or the Parole Board allows you to start serving your new commitment(s). | 2. No. of years new commitment/cause no. |
| | 3. Date of next parole appearance: *3-2023* |
| ☑ B. Be assessed the balance of your sentence, (No new commitment has been received.) Any release date noted by the Parole Board is conditioned upon your remaining in the same credit time class. | 4. Date present commitment is due to end: |
| ☐ C. Be assessed a period until your next parole Appearance | 5. Effective date to start serving new commitment |
| | 6. Effective date of parole(if applicable): |
| ☐ D. Be allowed to start serving your new commitment. | 7. Effective date of discharge (if applicable): |
| ☐ E. Be reinstated on parole. | Signature of Parole Board Chairman |
| ☐ F. Be discharged. | |
| ☐ G. Other: | |

| A copy of this Disposition was received by me on the date shown | Date received | Signature of witness | Signature of offender |
|---|---|---|---|
| | | | |

DISTRIBUTION: Institutional Offender file; Parolee/Offender at appearance; Parole Board

*your copy*

# NOTIFICATION OF PAROLE VIOLATION HEARING

State Form 7018 (R2 / 4-88)

| Name of Parolee | DOC Number |
|---|---|
| JOHNSON, JAMES | 204136 |

You are accused of violating the following rule(s) of your Parole Release Agreement:

10.1

*(See reverse side for text of rules.)*

Your Parole Violation Hearing has been scheduled for: **03/09/2022**

At this hearing, the Indiana Parole Board will review your case and determine whether you have violated your parole. If you are found guilty of violating your parole, the Parole Board also will determine the nature and extent of any penalty. The Parole Board can require you to serve the time remaining on the sentence from which you are paroled. If you are found not guilty of violating your parole, you will be returned to parole status or discharged. IC 11-13-3-10 (c) requires the Parole Board to revoke parole if you committed a felony during the parole period.

At the Parole Violation Hearing, you have the following rights (IC 11-13-3-9 and IC 11-13-3-10):

1. You may appear and speak on you own behalf.
2. You may call witnesses and present evidence.
3. If witnesses testify against you, you may question and cross-examine these witnesses.
4. You will receive a written notification of the Parole Board's decision.

You are not entitled to be represented by a legal counsel or lay advocate, although the Parole Board does not object to the presence of legal counsel to advise you. However, counsel may not directly participate in the hearing unless prior approval has been granted by the Chairman of the Parole Board. If you require a continuance, the Parole Board will grant, upon request, one 30-day continuance for any reason.

By my signature, I verify that I have received a copy of this notification and my rights at the Parole Violation Hearing.

| Signature of Offender | Date |
|---|---|
| | |

DISTRIBUTION: White Copy - Offender,   Canary Copy - Institutional Offender File,   Pink Copy - Parole Board

*C OP Y*          February 24, 2022

Your **Parole Revocation Hearing** is scheduled for March 9, 2022.

**If you wish to appear at your hearing**, please sign and return the "Notification of Parole Violation Hearing" to Classification as soon as possible.

**If you do not wish to appear at your hearing**, please fill out the "Decline to Appear" form and return it to Classification as soon as possible.

Please sign and return **either** the Notice **or** the Decline to Appear form. Do not sign and return both forms, as then I will not know if you wish to appear or if you are declining to do so.

Also enclosed, for your records, are a copy of the notice and a list of parole violations. The rules(s) the Board will want to speak to you about are highlighted.


Thank you,


Ms. Walls

Classification

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.    RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something. loss of pay-job) report ment - items

Complaint - 4

E.    JURY DEMAND

☑  Jury Demand - I want a jury to hear my case
                          OR -

☐  Court Trial – I want a judge to hear my case

Dated this __2 8__ day of __March__ 20_22_.

Respectfully Submitted,

_____
Signature of Plaintiff

_James J Johnson_____
Plaintiff's Prisoner ID Number
_2 0 4 136_



_NCCF  04-120          1000 Van Nuys Rd_

_New Castle IN 47362_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑  I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint - 5