UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES J. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00735-TWP-DML |
| | ) | |
| DANCIE SHULZE, | ) | |
| JACK ROSS, | ) | |
| INDIANA DEPARTMENT OF CORRECTION, | ) | |
| INDIANA PAROL BOARD, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

The Court having this day issued its Entry directing the entry of final judgment, now enters

FINAL JUDGMENT and this action is **dismissed without prejudice**.

Date:  7/21/2022

By: _____

Deputy Clerk

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES J. JOHNSON
204136
NEW CASTLE – CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362