**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JAMES J. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-00735-TWP-DML |
| | ) | |
| DANCIE SHULZE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Order Granting Motion for Information

This matter is before the Court on *pro se* Plaintiff James J. Johnson's ("Mr. Johnson") Motion for Information. (Dkt. 12). The Motion is **granted** to the extent that the Court provides the following information. This case was dismissed without prejudice on July 21, 2022, based on Mr. Johnson's failure to timely pay the filing fee. (Dkt. 7, 8). Although he later paid the filing fee and submitted what appear to be copies of previously filed documents, Mr. Johnson did not request leave from the Court to reopen the case or take any other action. (Dkt. 9, 10). Two years after the dismissal of this case, Mr. Johnson filed the instant motion with the Seventh Circuit Court of Appeals, noting his belief that his case is now in the Seventh Circuit and asking for information regarding further proceedings. (Dkt. 12). The Seventh Circuit clerk transferred the motion to this Court for consideration.

The Motion for Information, Dkt. [12], is **GRANTED** as the Court has provided information to clarify the procedural history of this closed case in this Order. In addition, the **clerk shall include** a copy of the docket with Mr. Johnson's copy of this Order.

**IT IS SO ORDERED.**

Date:   2/4/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

JAMES J. JOHNSON
204136
NEW CASTLE - CF
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
NEW CASTLE, IN 47362